UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LORENZO RUBIO,**

    **Plaintiff,**

**v.**                                             **Case No.  8:09-cv-1652-T-30MAP**

**HOWARD LOPEZ, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for an Award of Costs and Attorney's Fees against Plaintiff (Dkt. 56) and Plaintiff's Response in Opposition (Dkt. 58).  The Court concludes that, given Plaintiff's notice of appeal (Dkt. 61), the Court will reserve ruling on Defendants' Motion.

It is therefore ORDERED AND ADJUDGED that:

1. The Court hereby RESERVES RULING on Defendants' Motion for an Award of Costs and Attorney's Fees against Plaintiff (Dkt. 56).

2. The Clerk is directed to terminate this motion from pending status.

3. Upon the conclusion of all appeals of this matter, the parties shall file a joint status report within fourteen (14) days regarding the prevailing party's intention, if any, to pursue fees and costs.

4. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on April 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1652.mtattysfeesandcosts56.frm